**Order entered May 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01118-CV

**LV HIGHLAND CREDIT FEEDER FUND LLC, ET AL., Appellants**

**V.**

**HIGHLAND CREDIT STRATEGIES FUND, LP, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-08521**

## ORDER

We **GRANT** appellants' May 22, 2014 unopposed motion for an extension of time to file a reply brief.  Appellants shall file their reply brief on or before June 25, 2014.


/s/      ADA BROWN
          JUSTICE